ARNOLD & PORTER KAYE SCHOLER LLP
SHARON D. MAYO (SBN 150469)
sharon.mayo@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
Telephone:  415.471.3100
Facsimile:   415.471.3400

GREENSFELDER, HEMKER & GALE, P.C.
David J. Simmons (Mo. Bar No. 53801) (*pro hac vice pending*)
Ronnie L. White (Mo. Bar No. 67165) (*pro hac vice pending*)
10 South Broadway, Ste. 2000
St. Louis, MO 63102
Telephone: (314) 241-9090
Facsimile:  (314) 345-5465
ds@greensfelder.com
rwhite@greensfelder.com

Attorneys for Plaintiff
BP Products North America Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP PRODUCTS NORTH AMERICA INC., a Maryland corporation and successor-in-interest to BP WEST COAST PRODUCTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GRAND PETROLEUM, INC., a California Corporation, AMIN SALKHI, an individual, BANAFSHEH S. SALKHI, an individual, ALI SALKHI, an individual, SOURI SALKHI, an individual, and AJANG SALKHI, an individual.<br><br>    Defendants. | Case No.: _____<br><br>**DEFENDANT BP PRODUCTS NORTH AMERICA INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-15) AND CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)** |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15, the
2  undersigned certifies that, to the best of her knowledge, the following listed entities are the Plaintiff,
3  the Parent, and the indirect Parents of the Plaintiff and (i) have a financial interest in the subject
4  matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
5  subject matter or in a party that could be substantially affected by the outcome of this proceeding:

BP Products North America Inc. – Successor in interest of BP West Coast Products LLC

The Standard Oil Company (Parent)

BP Company North America Inc.

BP Corporation North America Inc.

BP America Inc.

BP America Limited

BP Holdings North America Limited

BP p.l.c.

DATED: February 6, 2020       Respectfully submitted:

ARNOLD & PORTER KAYE SCHOLER LLP
SHARON D. MAYO (SBN 150469)
sharon.mayo@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
Telephone:  415.471.3100
Facsimile:   415.471.3400

GREENSFELDER, HEMKER & GALE, P.C.
David J. Simmons (Mo. Bar No. 53801) (*pro hac vice pending*)
Ronnie L. White (Mo. Bar No. 67165) (*pro hac vice pending*)
10 South Broadway, Ste. 2000
St. Louis, MO 63102
Telephone: (314) 241-9090
Facsimile:  (314) 345-5465
ds@greensfelder.com
rwhite@greensfelder.com


By:    /s/ Sharon D. Mayo
         Attorneys for BP Products North America Inc.

Certification of Interested Entities     3