**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BP PRODUCTS NORTH AMERICA, INC.,**<br>    Plaintiff,<br><br>  v.<br><br>**GRAND PETROLEUM, INC., et al.,**<br>    Defendants. | Case No. 4:20-cv-0901-YGR<br><br>**ORDER RE: REQUEST TO VACATE THE TRIAL DATE**<br><br>**Re: Dkt. Nos. 119** |

  The Court has reviewed and considered the parties' joint request to vacate the trial date and reset the trial on a date following issuance of an order by this Court on the parties' motions for summary judgment. (Dkt. No. 119). **The Court extends the trial deadlines by 35 days** and will discuss the issue at the upcoming hearing on October 12, 2021.

  This terminates Docket No. 119.

  **IT IS SO ORDERED.**

Dated: October 6, 2021

                     _____
                     **YVONNE GONZALEZ ROGERS**
                     **UNITED STATES DISTRICT JUDGE**