# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** January 10, 2022    **Time:** 10:03 a.m. – 10:44 a.m.    **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 20-cv-00901-YGR    **Case Name:** BP Products North America Inc. v. Grand Petroleum, Inc., et al.

**Attorney for Plaintiff:** David Simmons, Sharon Mayo
**Attorney for Defendant:** Kenneth Roberts, Kevin Kanooni

**Deputy Clerk:** Aris Garcia      **Reported by:** Raynee Mercado

## PROCEEDINGS

Pretrial Conference HELD via Zoom Webinar

Plaintiff's MOTION IN LIMINE NO. 1 TO EXCLUDE LATE-DISCLOSED PICTURES OF OTHER STATIONS [137] Hearing - HELD via Zoom Webinar and submitted. The motion was Granted with respect to defendants' affirmative case and defendants are not precluded from using the information in any cross-examination.

Each party shall have 13 (thirteen) hours.

Bench trial re-scheduled for 4/25/2022, 4/26/2022, 4/27/2022, 4/29/2022, 5/10/2022 & 5/11/2022

Parties' proposed order re trial stipulations is Granted by the Court.

Parties' shall deliver all deposition transcripts to the Clerk's Office by 4/1/2022.

The Court will follow-up with a pretrial order.

**Order to be prepared by:**
( )    Plaintiff      ( )    Defendant      (x)    Court