UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP PRODUCTS NORTH AMERICA INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GRAND PETROLEUM, INC., et al.,<br><br>    Defendants,<br><br>AND RELATED CROSS CLAIMS | Case No.  4:20-cv-0901-YGR<br><br>PRETRIAL ORDER NO. 1 |

TO ALL PARTIES AND COUNSEL OF RECORD:

Having considered the filings to date and the arguments and other submissions at the Pretrial Conference, held on January 10, 2022, for good cause shown the Court enters the following orders:

1. **Trial Date and Schedule:**   Based upon the request of counsel, and due to the surge in COVID-19 cases, trial of this matter shall be continued until April 25, 2022.  All trial days shall begin at 8:00 a.m.  Counsel shall arrive in court early enough to proceed promptly.  Trial evidence will begin no later than 8:30 a.m. until 1:30 p.m. with two fifteen-minute breaks.  Counsel should also be prepared to reconvene with the Court after the Court's standing calendars which normally begin at 2:00 p.m.  The Court schedules trial on April 25, 26, 27, and 29, and May 10 and 11, 2022.

2. The parties shall comply with this Court's standing order entitled Pretrial Instructions Civil Cases.

3. The parties shall each be afforded 13 hours to present their case, including opening

statements and closing arguments.  The parties shall receive daily timesheets advising of the time remaining.  Any concerns must be raised immediately or will be waived.

      4. **Standard Motions *in Limine*:**  The Court hereby orders that: (a) witnesses shall be excluded until testimony is completed; (b) there shall be no reference to or evidence presented of settlement discussions, mediation, or insurance; and (c) there shall be no reference to or evidence presented of wealth or lack thereof of any party except in the punitive damage phase of a case, to the extent it exists.

      A motion *in limine* refers "to any motion, whether made before or during trial, to exclude anticipated prejudicial evidence before the evidence is actually offered." *Luce v. United States*, 469 U.S. 38, 40, n. 2 (1984).  The Court's rulings on the motions *in limine* will be issued by separate orders.  Parties are ordered to admonish witnesses of the Court's rulings.  Failure to comply with a ruling by the Court may result in sanctions, including without limitation the striking of the witness's entire testimony.

      With respect to plaintiff's motion in *limine* number 1, it is granted in part and denied in part.  Defendants cannot use the photographs affirmatively, but will be allowed to use them for cross-examination and/or impeachment consistent with the Federal Rules of Evidence.

      5. **Trial Stipulations:**  The parties have provided the Court with a series of stipulations.  Some have been submitted but were not filed.  All are hereby approved and ordered.  They are included as Attachment A hereto.  With respect to the Factual Stipulations filed at Docket No. 142-1, the Court accepts those stipulations.

      6. **Witnesses:**  The parties are limited to calling the witnesses submitted on the list filed for the Pretrial Conference.  Upon a showing of good cause, including for rebuttal or impeachment purposes, additional witnesses will only be allowed by Court order.

      7. **Exhibits and Exhibit Lists:**  The parties are limited to using the Exhibits submitted on the Exhibit List.  No witness may be shown any document or other object until it has been marked for identification using an exhibit number.

      8. **Equipment:**  Projectors, screens and similar equipment must be tested in the courtroom prior to the day when it will be used.  Arrangements may be made with the Courtroom Deputy,

Aris Garcia, at (510) 637-3540, as to appropriate time for doing so.  Counsel shall send the Court a proposed form of order if they would like to bring equipment into the courthouse.  The United States Marshal Service requires an order.

    9. **Expert Disclosures/Fed. R. Civ. P. 68 Offers:**  To the extent not already provided, counsel shall lodge with the Court on the first day of trial all offers of judgment made under Fed. R. Civ. P. 68.  These must be lodged no later than 9:00 a.m.

    10. **Depositions to be Used at Trial:**  Any party intending to use a deposition transcript at trial for any purpose shall lodge the signed original (or a certified/stipulated copy if, for any reason, the original is not available) for use by the Court *and* shall have extra copies available for use by him/herself *and* the witness.  All other parties are expected to have their own copies available.  The parties shall each prepare and provide an index of the lodged transcripts and shall review the same with the courtroom deputy upon lodging the transcripts.  The index shall provide a space for the party and the courtroom deputy to confirm delivery of and receipt of each transcript. Delivery of the transcripts shall occur no later than **April 1, 2022.**

    Before each trial day, counsel shall confer with the courtroom deputy and identify which of the transcripts may be used that day.

    11. **Video Depositions at Trial:**  A video deposition may only be shown after the designations, counter-designation, and objections are resolved.  A transcript shall be provided of any portions played.  The court reporter shall be relieved of her duties to transcribe that portion of the trial.  In lieu of the court reporter's transcription, the parties shall provide to the court reporter in pdf format the testimony as played on the same day as the video is played.  The court reporter will insert a parenthetical in the transcript and index and append the pdf of the testimony to the end of that day's transcript.

    12. **Objections:**  There shall be no "speaking objections," and no rebuttal unless requested by the Court, in which case it shall be brief – e.g., "hearsay," and if a rebuttal requested, "not offered for the truth."

    13. **Requests for Transcripts:**  If transcripts will be requested during or immediately after the trial, arrangements must be made with the Court Reporter Coordinator (Telephone No. 510-

3

637-3534) **at least** two weeks prior to the commencement of the trial. *See* https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/.

14. With respect to settlement, parties are advised that the trial and all trial-related dates will not be vacated until a formal Notice of Settlement is filed.

15. **Trial Decorum and Procedure:** Counsel, parties, and witnesses are expected to conduct themselves at all times in a professional and courteous manner during trial. Do NOT approach other parties' witnesses without permission. You may approach your own non-hostile witnesses without permission.

16. **Failure to Comply:** Failure to comply with the obligations set forth in this order will result in sanctions appropriate to the gravity of the failure, including, but not limited to monetary fines and/or terminating sanctions.

IT IS SO ORDERED.

Dated: January 11, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE