| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER Jerome E. Ferrer | 2a. CONTACT PHONE NUMBER (415) 823-5305 | 3. CONTACT EMAIL ADDRESS jerome.ferrer@arnoldporter.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different) Sharon D. Mayo | 2b. ATTORNEY PHONE NUMBER (415) 471-3100 | 3. ATTORNEY EMAIL ADDRESS sharon.mayo@arnoldporter.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Arnold & Porter Kaye Scholer LLP Three Embarcadero Center, 10th Floor San Francisco, California 94111 | 5. CASE NAME BP Products North America Inc. v. Grand Petroleum | 6. CASE NUMBER 3:20-cv-00901 |
|---|---|---|

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)   c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/25/2022 | YGR | Trial | Full | ● | ● | ○ | ● | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| 04/26/2022 | YGR | Trial | Full | ● | ● | ○ | ● | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| 04/29/2022 | YGR | Trial | Full | ● | ● | ○ | ● | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| 05/10/2022 | YGR | Trial | Full | ● | ● | ○ | ● | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| 05/11/2022 | YGR | Trial | Full | ● | ● | ○ | ● | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).
11. SIGNATURE   /s/ Sharon D. Mayo
12. DATE   03/22/2022

Clear Form      Save as new PDF