**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BP PRODUCTS NORTH AMERICA INC.,**<br>Plaintiff,<br>v.<br>**GRAND PETROLEUM, INC., ET AL.,**<br>Defendants,<br>_____<br>**AND RELATED CROSS CLAIMS** | Case No. 4:20-cv-0901-YGR<br><br>**PRETRIAL ORDER NO. 2** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A bench trial is scheduled to occur between August 29, 2022, and September 1, 2022, as well as September 6, 2022 and September 7, 2022. Parties are advised that they are second in priority for these dates since the Court has an asbestos matter that will proceed first. Preparation for trial in this matter shall still proceed accordingly and without delay.

Furthermore, given the various continuances to date, the Court has not received copies of the parties' exhibits and the transcripts. All exhibits and transcripts shall be submitted to the Court no later than August 5, 2022, consistent with the requirements of both Pretrial Order No. 1 and the Court's Standing Order Re: Pretrial Instructions in Civil Cases to the extent applicable. In addition to the paper copies outlined therein, the parties are directed to submit all documents electronically via flash drives that are organized to conform with paper submissions.

Finally, parties are advised that the District is currently in a judicial emergency resulting from increased case volumes, COVID-19 backlogs, limited resources, and judicial vacancies. The

District's weighted caseload by district judge is now 816; the highest in the Ninth Circuit.[1]

Accordingly, parties are highly encouraged to work together to streamline the presentation and filing of materials with the Court.

**IT IS SO ORDERED.**

Dated: July 5, 2022

                                        **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT JUDGE**

---

[1] United States Courts, "Judicial Emergencies," (last visited July 5, 2022) https://www.uscourts.gov/judges-judgeships/judicial-vacancies/judicial-emergencies.